# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Roseanne Kennerley, | No. CV-15-00728-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| Ideal Image of Arizona LLC, et al., | |
| Defendants. | |

This Court, having received the parties' Stipulation for Dismissal of Action with Prejudice (Doc. 30) and good cause appearing,

**IT IS HEREBY ORDERED** granting the Stipulation for Dismissal, and dismissing this case with prejudice, each party to bear hers or its own costs and attorneys' fees.

Dated this 26th day of April, 2016.

_G. Murray Snow_
Honorable G. Murray Snow
United States District Judge